**General Complaint**

United States Courts
Southern District of Texas
F I L E D

MAR 2 8 2023

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Korla Coleman

Christopher Coleman

Thelma Thomas

Aniya Coleman Joshua Coleman

List the full name of each plaintiff in this action.

Case Number : _____

VS.

Ivone, Jupiter Entertainment

Fatal Attraction, Mana s campo, Keith Alexander

Baytown Sun  Matt Hollins

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   **ATTEMPT TO SECURE COUNSEL:**

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

_____

_____

_____

III.    **Parties to this suit:**

    A.    List the full name and address of each plaintiff:

        Pla #1 _Korla Coleman_
        _6220 Craigie Rd_
        _New Orleans L.A 70126_
        Pla #2 _Christopher Coleman_
        _Aniya Coleman Joshua Coleman_
        _6220 Craigie Rd N.O. L.A 70126_

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _TV one LLC_
        _1010 Wayne Ave Ste 1000_
        _Silver Spring, MD 20910-5668_
        Dft #2: _Jupiter Entertainment_
        _136 Madison Ave 4th Floor_
        _New York, NY 10016_
        Dft #3 _Baytown Sun_
        _1301 Memorial Dr_
        _Baytown, TX 77520   Matt Hollins_

Attach a separate sheet for additional parties.

C.     Results of the conference with counsel:

_____

_____

_____

II.     List previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?     _____Yes     \_\_\_/\_\_\_ No

B.     If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.     Approximate file date of lawsuit: _____

2.     Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.     Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.     Docket number in other court. _____

5.     Name of judge to whom the case was assigned.
_____

6.     Disposition: Was the case dismissed, appealed or still pending?

_____

7.     Approximate date of disposition. _____

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Ivone, Jupiter Entertainment, Fatal Attraction
True Crime, Baytown Sun has aired untrue scenes
about my son and also said untrue things about my son
Steven Coleman the film contains scenes that portray
my son as a womanizer and a criminal the show also
portray my son as a unloving father who cared nothing
about his daughter they showed scenes that my son was suppose
to meet with his daughter's mother to see his daughter but
never showed up they also showed a scene portraying
me as if i had no relationship with my son and had not talk
to him in days they portrayed me as a neglectful mother
Ivone is telling this to millions of people around the world
and it's untrue this has cause me mental Anguish
sleepless nights emotional distress my son Steven
has been revictimize all over again by Ivone.

_____

_____

_____

V.  Relief: State Briefly exactly what you want the court to do for you.  Make no legal
arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I want to sue Tvone, Jupiter Entertainment
Fatal Attraction, true Crime, Baytown Sun
for the untrue scenes and untrue things they
Said about my son and the way they portrayed me as his
mother myself and my family has suffered over the
brutal murder of my son been through a lot now
being revictimize and my son Steven being revictimize
in his death by Tvone who has no respect for the victim
are they families

Signed this _Karle Colen_ day of _2/13/23_ , 20 _23_ .
                                          (Month)                    (Year)

And i am asking the court to please stop Tvone from airing my son
it's all being shawn on Tvone show                                on their show

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _2/13/23_
                   Date

_Karle Colen_
_Christopher Colen_

(504) 906-7047

Signature of each plaintiff

To Whom it May concern

I want this to be filed in

Southern District of Texas Court

I talked to the lady there she told
Me to write this and send it with
the form so yall could know i want to
file in southern District of Texas court

Ms Coleman

(504) 906-7047

Thank you

