United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Korla Coleman, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-1136 |
| | § | |
| Tvone LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

Plaintiffs, Korla Coleman, Christopher Coleman Thelma Thomas, Aniya Coleman and Joshua Coleman, have filed a Complaint (docket no. 1).  Federal Courts are courts of limited jurisdiction.  The complaint does not allege a basis for federal jurisdiction.

Plaintiffs are **ORDERED** to file an Amended Complaint by **April 26, 2023**, that alleges a valid basis for federal jurisdiction.  The failure to so may result in the dismissal of this action without further notice to the Plaintiffs.

**SIGNED** at Houston, Texas, on the 29th day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE