United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KORLA COLEMAN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-1136 |
| | § | |
| TVONE LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Order of Dismissal Without Prejudice for Failure to Allege Facts Establishing Subject Matter Jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 27th day of April, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE