United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Korla Coleman, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. H-23-1136 |
| § | |
| Tvone LLC, et al., § | |
| § | |
| Defendants. § | |

### O R D E R

The Court has carefully considered Plaintiff's Motion for Reconsideration (docket no. 9). Because nothing in the motion establishes a basis for federal jurisdiction, Plaintiff, Korla Coleman's Motion for Reconsideration (docket no. 9) is **DENIED**.

**SIGNED** at Houston, Texas, on the 17th day of May, 2023.

                                         SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE